Commonwealth *v.* Rigney, Appellant.

Submitted June 9, 1969. *Herman J. Obert,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Sparaney, Appellant.

Argued June 11, 1969. *John J. Brier,* Assistant Public Defender, with him *Ernest J. Gazda, Jr.,* Defender, for appellant; *Harry P. O'Neill, Jr.,* Assistant District Attorney, with him *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.